**HINES ELECTRICAL SPECIALTIES, Inc., Plaintiff-Appellant, v. GENERAL ELECTRIC SUPPLY CORPORATION, Defendant-Appellee.**

No. 266.

Circuit Court of Appeals, Second Circuit.

April 4, 1938.

Hyland R. Johns, of New York City (Robert Starr Allyn and Edward S. Higgins, both of New York City, of counsel), for appellant.

Harrison F. Lyman, of Boston, Mass. and A. E. Bobst, of Schenectady, N. Y.

1004

(Alexander C. Neave, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.